# IN THE SUPREME COURT OF THE STATE OF NEVADA

THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2006-OA10 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA10,
Appellant,
vs.
SATICOY BAY LLC SERIES 7540 MAIDEN RUN AVENUE,
Respondent.

No. 75393

**FILED**

JUL 2 9 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an order granting summary judgment and denying a countermotion for summary judgment and quieting title. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

On October 25, 2018, this court entered an order granting a motion to withdraw as counsel for appellant. The order directed appellant, within 30 days, to retain new counsel and cause counsel to file a notice of appearance. The order further cautioned that failure to timely comply with the order could result in the imposition of sanctions, including dismissal of the appeal. To date, appellant has neither retained counsel nor otherwise communicated with this court, and respondent has filed a motion to dismiss the appeal citing appellant's failure to retain counsel. Based on appellant's failure to respond to this court's orders and failure to retain counsel, *see*

19-31819

*Salman v. Newell*, 110 Nev. 1333, 1336, 885 P.2d 607, 608 (1994), *and State v. Stu's Bail Bonds*, 115 Nev. 436, 436 n.1, 991 P.2d 469, 470 n.1 (1999) (an entity may not appear or file documents in pro se before this court), this court

ORDERS this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc:    Hon. Linda Marie Bell, Chief Judge
       The Bank of New York Mellon
       Law Offices of Michael F. Bohn, Ltd.
       Eighth District Court Clerk

---

[1]Respondent's motion to dismiss is denied as moot.